**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 156 |
| | : | |
| FINANCIAL INSTITUTIONS APPROVED | : | DISCIPLINARY RULES |
| AS DEPOSITORIES FOR FIDUCIARY | : | |
| ACCOUNTS | : | DOCKET |
| | : | |
| | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 30th day of January, 2018, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.